Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES OF LOCAL 262 OF THE PLUMBERS AND PIPEFITTERS UNION, A.F. OF L. – C.I.O. OF SOUTHEASTERN ALASKA EMPLOYEES' SUPPLEMENTAL RETIREMENT PLAN, PLUMBERS & PIPEFITTERS U.A. LOCAL UNION 367 HEALTH & WELFARE TRUST FUND, AND PLUMBERS AND STEAMFITTERS LOCAL UNION NO. 262 APPRENTICESHIP AND JOURNEYMAN TRAINING TRUST FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> HARBOR PLUMBING & HEATING COMPANY, INC. and JAMES L. WHITE, individually, <br><br> Defendants. | Case No. _____ |

**APPLICATION FOR ENTRY OF
<u>JUDGMENT ON CONFESSION</u>**

COME NOW the Trustees of the Local 262 of the Plumbers and Pipefitters Union, A.F.

Of L. – C.I.O. of Southeastern Alaska Employees' Supplemental Retirement Plan, Plumbers &

Pipefitters U.A. Local Union 367 Health & Welfare Trust Fund, and Plumbers and Steamfitters

Local Union No. 262 Apprenticeship and Journeyman Training Trust Fund, ("Trustees"), by

and through their attorneys, Jermain, Dunnagan & Owens, P.C., and request that judgment be entered against Defendants, Harbor Plumbing & Heating Company, Inc., and James L. White, jointly and severally, as set forth in the attached Confession of Judgment Without Action.

This Application is supported by the attached Confession of Judgment Without Action and Affidavit in Support of Application for Entry of Judgment on Confession.

Dated this 27th day of February, 2012.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Plaintiffs

By: s/Sarah E. Josephson
 Sarah E. Josephson
 Jermain, Dunnagan & Owens
 3000 A Street, Suite 300
 Anchorage, AK 99503
 (907) 563-8844/(907) 563-7322
 sjosephson@jdolaw.com
 ABA No. 9705017

**Certificate of Service**
The undersigned certifies that on the
27th day of February, 2012, a true and
correct copy of the foregoing
was served by U.S. Mail, postage
prepaid on the following:

James L. White
P.O. Box 32117
Juneau, AK 99803


s/Sarah E. Josephson