Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES OF LOCAL 262 OF THE PLUMBERS AND PIPEFITTERS UNION, A.F. OF L. – C.I.O. OF SOUTHEASTERN ALASKA EMPLOYEES' SUPPLEMENTAL RETIREMENT PLAN, PLUMBERS & PIPEFITTERS U.A. LOCAL UNION 262 HEALTH & WELFARE TRUST FUND, PLUMBERS AND STEAMFITTERS LOCAL UNION NO. 262 APPRENTICESHIP AND JOURNEYMAN TRAINING TRUST FUND, PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, AND INTERNATIONAL TRAINING FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> HARBOR PLUMBING & HEATING COMPANY, INC. and JAMES L. WHITE, individually, <br><br> Defendants. | Case No. _____ |

### **CONFESSION OF JUDGMENT WITHOUT ACTION**

Harbor Plumbing & Heating, Inc. and James L. White, individually, defendants herein, hereby confess judgment in favor of plaintiffs, Trustees of the Local No. 262 of the Plumbers and Pipefitters Union, AFL-CIO of Southeastern Alaska Employees Supplemental Retirement

{00266538 }

Trust Fund, Plumbers and Steamfitters Local Union No. 262 Apprenticeship and Journeyman Training Trust Fund, Plumbers & Pipefitters U.A. Local 262 Health & Welfare Trust Fund, National Pension Fund and International Training Fund ("Trust Funds") and hereby authorize the entry of judgment in favor of the Trust Funds in the following amounts:

1. $55,549.82 in liquidated damages and $8,604.61 in interest incurred on delinquent benefit contributions to Trust Funds between February 2007 and June 2009 (Exhibits A & B), less any amounts paid pursuant to the terms of the Settlement Agreement, plus

2. $27,527.28 in attorney fees and costs incurred through October 31, 2009, less $1,000.00 paid on or about December 30, 2008, plus

3. Interest at the rate of 18% on all amounts owing, plus

4. Any additional attorney fees and costs incurred by Plaintiffs to enforce the terms of the Trust Agreement and this Confession of Judgment.

This Confession of Judgment is subject to the terms of a Settlement Agreement executed concurrently herewith.

Dated at Juneau, Alaska on this 16 day of December, 2009.

HARBOR PLUMBING & HEATING, INC.

By: _____
James L. White, President

Confession of Judgment Without Action

## VERIFICATION OF CONFESSION OF JUDGMENT

STATE OF ALASKA ) 
) ss.
FIRST JUDICIAL DISTRICT )

James L. White, upon oath, deposes and says: I am the president of Harbor Plumbing & Heating, Inc., an Alaska corporation, a defendant in the foregoing matter; I know the contents of the Confession of Judgment Without Action and believe the same to be true and just; as the president of Harbor Plumbing & Heating, Inc., I am authorized to execute documents on behalf of the corporation, and I am executing this Confession of Judgment Without Action on behalf of Harbor Plumbing & Heating, Inc.

By: _____
James L. White, President

STATE OF ALASKA )
) ss.
FIRST JUDICIAL DISTRICT )

This is to certify that on this _16_ day of December, 2009, before me, the undersigned, a Notary Public in and for the state of Alaska, duly commissioned and sworn, personally appeared James L. White, to me known and known to me to be the president of Harbor Plumbing & Heating, Inc., an Alaska Corporation, and known to me to be the individual who executed the above and foregoing instrument on behalf of the corporation herein named, and he acknowledged to me that he signed the same as the free and voluntary act of said corporation, with full authority to do so and with full knowledge of its contents, for the uses and purposes therein mentioned.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written.

CHRIS ULLRICH
Notary Public in and for Alaska
My Commission expires: 09/2013

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Dated at Juneau, Alaska on this _16_ day of December, 2009.

By: _____
James L. White, individually

### VERIFICATION OF CONFESSION OF JUDGMENT

James L. White, upon oath, deposes and says: I know the contents of the Confession of Judgment Without Action and believe the same to be true and just, and I am executing it on my own behalf.

By: _____
James L. White

### ACKNOWLEDGMENT

STATE OF ALASKA            )
                           ) ss.
FIRST JUDICIAL DISTRICT    )

This is to certify that on this _16_ day of December, 2009, personally appeared before me James L. White, to me known to be the individual described in and who executed the within Confession of Judgment Without Action and acknowledged that he signed the same as his free and voluntary act and deed, for the uses and purposes therein mentioned.

GIVEN UNDER MY HAND and official seal the day and year last above written.

CHRIS ULLRICH
Notary Public in and for Alaska
My commission expires: 9/20/13

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

{00266538 }
Confession of Judgment Without Action

## ASSENT TO CONFESSION OF JUDGMENT

On behalf of plaintiff Trust Funds, Max R. Mielke, Chairman and Labor Trustee for Plumbers and Pipefitters Local Union No. 262 Trust Funds, hereby consents to the foregoing Confession of Judgment Without Action executed by Harbor Plumbing & Heating, Inc.

Plumbers and Pipefitters Local Union No. 262
Trust Funds

By: _____
Its: Chairman and Labor Trustee

STATE OF ALASKA                )
                               ) ss.
FIRST JUDICIAL DISTRICT        )

THIS IS TO CERTIFY that on this _15_ day of December, 2009, personally appeared before me Max R. Mielke, to me known to be the person whose name is subscribed to the within instrument, who stated that he is the Chairman and Labor Trustee for the Plumbers and Pipefitters Local Union No. 262 Trust Funds, and as such is authorized to sign on its behalf, and acknowledged that he executed the same voluntarily and of his own will for the uses and purposes set forth herein.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written.

CHRIS ULLRICH
Notary Public in and for Alaska
My Commission expires: 9/2013

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

## ASSENT TO CONFESSION OF JUDGMENT

On behalf of plaintiff Trust Funds, Richard Behrends, Secretary and Management Trustee for the Plumbers and Pipefitters Local Union No. 262 Trust Funds, hereby consents to the foregoing Confession of Judgment Without Action executed by Harbor Plumbing & Heating, Inc.

Plumbers and Pipefitters Local Union No. 262
Trust Funds

By: _____
Its: Secretary and Management Trustee

STATE OF ALASKA )
 ) ss.
FIRST JUDICIAL DISTRICT )

THIS IS TO CERTIFY that on this 15 day of December, 2009, personally appeared before me Richard Behrends, to me known to be the person whose name is subscribed to the within instrument, who stated that he is the Secretary and Management Trustee for the Plumbers and Pipefitters Local Union No. 262 Trust Funds, and as such is authorized to sign on its behalf, and acknowledged that he executed the same voluntarily and of his own will for the uses and purposes set forth herein.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written.

CHRIS ULLRICH
Notary Public in and for Alaska
My Commission expires: 9/2013

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322