Plumbers & Pipefitters UA Local Union 262
Harbor Plumbing & Heating, Inc.
2009 Confession of Judgment & Settlement Agreement

|  | Liquidated Damages | Interest | Atty fees & costs | Total | Percentage of Balance |
|---|---|---|---|---|---|
| Local 262 | $30,289.04 | $4,853.46 | $15,140.00 | $50,282.50 | 55% |
| Health & Welfare | $25,260.78 | $3,751.15 | $12,387.28 | $41,399.21 | 45% |
| TOTAL Principal balance | $55,549.82 | $8,604.61 | $27,527.28 | $91,681.71 | |
| waive if payments timely | ($30,624.91) | | | $61,056.80 | |

| Payment rcv'd | Amount | Local 262 Interest | Local 262 Interest paid | Local 262 Interest balance | Local 262 Principal paid | Local 262 Principal Balance | H&W Interest | H&W Interest paid | H&W Interest balance | H&W Principal paid | H&W Principal Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $50,282.50 | | | | | $41,399.21 | $91,681.71 |
| 12/30/08 | $1,000.00 | $0.00 | $0.00 | $0.00 | $548.45 | $49,734.06 | $0.00 | $0.00 | $0.00 | $451.55 | $40,947.65 | $90,681.71 |
| 12/21/09 | $2,500.00 | $0.00 | $0.00 | $0.00 | $1,371.12 | $48,362.94 | $0.00 | $0.00 | $0.00 | $1,128.88 | $39,818.77 | $88,181.71 |
| 12/31/09 | $2,500.00 | $0.00 | $0.00 | $0.00 | $1,371.12 | $46,991.83 | $0.00 | $0.00 | $0.00 | $1,128.88 | $38,689.88 | $85,681.71 |
| 02/01/10 | $2,500.00 | $741.57 | $741.57 | ($0.00) | $633.43 | $46,358.40 | $610.56 | $610.56 | ($0.00) | $514.44 | $38,175.44 | $84,533.84 |
| 03/01/10 | $2,500.00 | $640.13 | $640.13 | ($0.00) | $734.87 | $45,623.52 | $527.13 | $527.13 | ($0.00) | $597.87 | $37,577.58 | $83,201.10 |
| 03/31/10 | $2,500.00 | $674.98 | $674.98 | ($0.00) | $700.02 | $44,923.50 | $555.94 | $555.94 | ($0.00) | $569.06 | $37,008.52 | $81,932.02 |
| 04/30/10 | $2,500.00 | $664.62 | $664.62 | ($0.00) | $710.38 | $44,213.12 | $547.52 | $547.52 | ($0.00) | $577.48 | $36,431.04 | $80,644.16 |
| 06/01/10 | $2,500.00 | $697.72 | $697.72 | ($0.00) | $677.28 | $43,535.84 | $574.91 | $574.91 | ($0.00) | $550.09 | $35,880.96 | $79,416.80 |
| 07/01/10 | $2,500.00 | $644.09 | $644.09 | ($0.00) | $730.91 | $42,804.93 | $530.84 | $530.84 | ($0.00) | $594.16 | $35,286.80 | $78,091.73 |
| 07/30/10 | $2,500.00 | $612.17 | $612.17 | ($0.00) | $762.83 | $42,042.10 | $504.65 | $504.65 | ($0.00) | $620.35 | $34,666.45 | $76,708.55 |
| 09/01/10 | $2,500.00 | $684.19 | $684.19 | ($0.00) | $690.81 | $41,351.29 | $564.16 | $564.16 | ($0.00) | $560.84 | $34,105.61 | $75,456.90 |
| 10/01/10 | $2,500.00 | $611.77 | $611.77 | ($0.00) | $763.23 | $40,588.07 | $504.58 | $504.58 | ($0.00) | $620.42 | $33,485.18 | $74,073.25 |
| 11/01/10 | $2,500.00 | $620.50 | $620.50 | ($0.00) | $754.50 | $39,833.56 | $511.91 | $511.91 | ($0.00) | $613.09 | $32,872.10 | $72,705.66 |
| 12/01/10 | $2,500.00 | $589.32 | $589.32 | ($0.00) | $785.68 | $39,047.88 | $486.33 | $486.33 | ($0.00) | $638.67 | $32,233.42 | $71,281.30 |
| 12/31/10 | $2,500.00 | $577.69 | $577.69 | ($0.00) | $797.31 | $38,250.58 | $476.88 | $476.88 | ($0.00) | $648.12 | $31,585.30 | $69,835.88 |
| 02/01/11 | $2,500.00 | $603.63 | $603.63 | ($0.00) | $771.37 | $37,479.20 | $498.44 | $498.44 | ($0.00) | $626.56 | $30,958.74 | $68,437.94 |
| 03/01/11 | $2,500.00 | $517.52 | $517.52 | ($0.00) | $857.48 | $36,621.72 | $427.49 | $427.49 | ($0.00) | $697.51 | $30,261.23 | $66,882.95 |
| 04/01/11 | $2,500.00 | $559.86 | $559.86 | ($0.00) | $815.14 | $35,806.59 | $462.62 | $462.62 | ($0.00) | $662.38 | $29,598.85 | $65,405.43 |
| 05/02/11 | $2,500.00 | $547.40 | $547.40 | ($0.00) | $827.60 | $34,978.98 | $452.50 | $452.50 | ($0.00) | $672.50 | $28,926.35 | $63,905.33 |
| 06/01/11 | $2,500.00 | $517.50 | $517.50 | ($0.00) | $857.50 | $34,121.48 | $427.95 | $427.95 | ($0.00) | $697.05 | $28,229.30 | $62,350.78 |
| 07/01/11 | $2,500.00 | $504.81 | $504.81 | ($0.00) | $870.19 | $33,251.29 | $417.64 | $417.64 | ($0.00) | $707.36 | $27,521.94 | $60,773.23 |
| 08/01/11 | $2,500.00 | $508.33 | $508.33 | ($0.00) | $866.67 | $32,384.63 | $420.75 | $420.75 | ($0.00) | $704.25 | $26,817.69 | $59,202.31 |
| 09/01/11 | $2,500.00 | $495.09 | $495.09 | ($0.00) | $879.91 | $31,504.71 | $409.98 | $409.98 | ($0.00) | $715.02 | $26,102.67 | $57,607.38 |
| 10/04/11 | $2,500.00 | $512.71 | $512.71 | ($0.00) | $862.29 | $30,642.42 | $424.79 | $424.79 | ($0.00) | $700.21 | $25,402.46 | $56,044.88 |
| 11/03/11 | $2,500.00 | $453.34 | $453.34 | ($0.00) | $921.66 | $29,720.76 | $375.82 | $375.82 | ($0.00) | $749.18 | $24,653.28 | $54,374.03 |
| 12/01/11 | $2,500.00 | $410.39 | $410.39 | ($0.00) | $964.61 | $28,756.15 | $340.42 | $340.42 | ($0.00) | $784.58 | $23,868.69 | $52,624.84 |
| 01/03/12 | $2,500.00 | $467.98 | $467.98 | ($0.00) | $907.02 | $27,849.13 | $388.44 | $388.44 | ($0.00) | $736.56 | $23,132.13 | $50,981.26 |
| 02/01/12 | $2,500.00 | $398.28 | $398.28 | ($0.00) | $976.72 | $26,872.41 | $330.82 | $330.82 | ($0.00) | $794.18 | $22,337.95 | $49,210.36 |
| TOTAL | $68,500.00 | $14,255.58 | $14,255.58 | ($0.00) | $23,410.10 | $26,872.41 | $11,773.07 | $11,773.07 | ($0.00) | $19,061.25 | $22,337.95 | $49,210.36 |