Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES OF LOCAL 262 OF THE PLUMBERS AND PIPEFITTERS UNION, A.F. OF L. – C.I.O. OF SOUTHEASTERN ALASKA EMPLOYEES' SUPPLEMENTAL RETIREMENT PLAN, PLUMBERS & PIPEFITTERS U.A. LOCAL UNION 262 HEALTH & WELFARE TRUST FUND, PLUMBERS AND STEAMFITTERS LOCAL UNION NO. 262 APPRENTICESHIP AND JOURNEYMAN TRAINING TRUST FUND, PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, AND INTERNATIONAL TRAINING FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>HARBOR PLUMBING & HEATING, INC.; COLONIAL AMERICAN CASUALTY & SURETY COMPANY, BOND NO. LPM4077459; and FIDELITY & DEPOSIT COMPANY OF MARYLAND, BOND NO. 08428586, | Case No. _____ |

**SETTLEMENT AGREEMENT AND AGREEMENT NOT TO EXECUTE**

{00266539}

This Settlement Agreement and Agreement Not to Execute (hereinafter the "Agreement") is entered into and effective on the date set forth herein, by and between the following parties:

1. The management and labor trustees of the Local Number 262 of the Plumbers and Pipefitters Union, A.F. of L. - C.I.O. of Southeastern Alaska Employees' Supplemental Retirement Plan, Plumbers & Pipefitters U.A. Local Union No. 262 Health & Welfare Trust Fund, Steamfitters Local Union No. 262 Apprenticeship and Journeyman Training Trust Fund, Plumbers and Pipefitters National Pension Fund, and Plumbers and Pipefitters International Training Fund ("Trust Funds"),

2. Harbor Plumbing & Heating Company, Inc. ("Harbor Plumbing"), and

3. James L. White, individually, who is a resident of the First Judicial District, State of Alaska.

The parties agree as follows:

1. Harbor Plumbing & Heating Company, Inc. owes the Trust Funds the amounts set forth in the Confession of Judgment Without Action executed concurrently herewith, which represents liquidated damages and interest incurred on late payments of benefit contributions for the months of February 2007 through June 2009, plus interest accrued from the date of this Agreement, costs and attorney fees.

2. Harbor Plumbing & Heating Company, Inc. and James L. White, individually, hereby agree to pay to the Trust Funds the amounts set forth in the Confession of Judgment Without Action on the following schedule:

   a. Harbor Plumbing will make payment of $2,500.00 or more per month commencing upon the execution of this agreement, and continuing through November 1, 2010. Payments must be received by the Trust at 1751 Anka Street, Juneau, Alaska, 99801 on or before the 1st day of each month. If the 1st of the month falls on a Saturday, Sunday or holiday observed by the State of Alaska, the payment is due on the first business day thereafter.

   b. The entire outstanding balance, including interest, liquidated damages, attorney's fees and costs, shall be due on or before November 30, 2010.

   c. Notwithstanding subsection (b), the Trustees agree to consider, in good faith, extending this agreement for an additional twelve months if Harbor Plumbing has timely submitted:
      (i) all monthly payments due under this agreement, and
      (ii) all required monthly remittance reports and payments pursuant to the terms of the Trust Agreements.

d. The Trustees will only deny an extension under subsection (c) for good cause expressed in writing to Harbor Plumbing by November 15, 2010.

e. In the event that Harbor has fully complied with the terms of this agreement and any extension, has timely submitted all payments and remittance reports, and has paid a total of $61,056.80 (representing $24,924.91 in liquidated damages, $8,604.61 in interest, and $27,527.28 in attorney's fees and costs), plus interest accrued from the date of this Agreement, the Trustees will waive the remaining $30,624.91 in liquidated damages.

3. Harbor Plumbing agrees to timely submit all monthly remittance reports and benefit contributions pursuant to the terms of the Trust Agreements throughout the term of this agreement and any extension.

4. So long as Harbor Plumbing & Heating Company, Inc. and James L. White satisfy the terms set forth herein, the Trust Fund shall neither file the Confession of Judgment Without Action and this Settlement Agreement with the court, nor take any action to obtain a Judgment on Confession.

5. In the event, however, that any payment under this agreement is not received by the Trust Funds on its due date, the Trustees may take immediate action to file the Confession of Judgment Without Action and obtain and enforce a Judgment on Confession. In the event that any remittance report or benefit contribution is not timely received by the Trusts, the Trustees may take immediate action to file the Confession of Judgment Without Action and obtain and enforce a Judgment on Confession.

6. If Harbor Plumbing & Heating Company, Inc. and/or James L. White fail to meet the terms set forth herein, and the Trust Funds must take further legal action to obtain and enforce a judgment, the Trust Funds shall be entitled to all amounts contained in the attached Confession of Judgment Without Action (i.e., $55,549.82 in liquidated damages, $8,604.61 in interest, and $27,527.28 in attorney fees and costs) plus interest accrued from the date of this Agreement, costs and actual attorney fees incurred in obtaining and enforcing the judgment.

7. Within five (5) days of the full execution of this Settlement Agreement and the attached Confession of Judgment, the Trustees agree to:
   (a) instruct Dawson Construction in writing that it may release the payment it is withholding from Harbor Plumbing, and
   (b) dismiss Case No. 1:09-cv-00005-JWS, *Trustees of Local 262 of the Plumbers and Pipefitters Union et al v. Harbor Plumbing & Heating, Inc.* without prejudice.

8. This agreement may be modified, but only by written agreement of the parties.

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

HARBOR PLUMBING & HEATING, INC.

DATED: 12/16/09                By: _____
                                   James L. White, President,

DATED: 12/16/09                By: _____
                                   James L. White, individually

## ACKNOWLEDGMENT

STATE OF ALASKA            )
                           ) ss.
FIRST JUDICIAL DISTRICT    )

     This is to certify that on this 16 day of December, 2009, before me, the undersigned, a Notary Public in and for the state of Alaska, duly commissioned and sworn, personally appeared James L. White, to me known and known to me to be the president of Harbor Plumbing & Heating, Inc., an Alaska Corporation, and known to me to be the individual who executed the above and foregoing instrument on behalf of the corporation herein named, and he acknowledged to me that he signed the same as the free and voluntary act of said corporation, with full authority to do so and with full knowledge of its contents, for the uses and purposes therein mentioned.

     IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written.

                                                    Chris Uurich
                                                    Notary Public in and for Alaska
                                                    My Commission expires: 9/2013

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

STATE OF ALASKA       )
                      ) ss.
FIRST JUDICIAL DISTRICT )

       This is to certify that on this __15__ day of December, 2009, personally appeared before me James L. White, to me known to be the individual described in and who executed the within Settlement Agreement and Agreement Not to Execute and acknowledged that he signed the same as his free and voluntary act and deed, for the uses and purposes therein mentioned.

       IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written.

_CHRIS ULLRICH_
Notary Public in and for Alaska
My commission expires: __09/2013__

## CONSENT

       On behalf of plaintiff, Plumbers & Pipefitters U.A. Local 262 Health & Welfare Trust Fund, Max R. Mielke, Chairman and Labor Trustee, hereby consents to the foregoing Settlement Agreement and Agreement Not to Execute executed by Harbor Plumbing & Heating, Inc. and James L. White, individually.

PLUMBERS & PIPEFITTERS U.A. LOCAL UNION NO. 262 HEALTH & WELFARE TRUST FUND

By: _____
Its: Chairman and Labor Trustee

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

STATE OF ALASKA           )
                          ) ss.
FIRST JUDICIAL DISTRICT   )

THIS IS TO CERTIFY that on this _15_ day of _December_, 2009, personally appeared before me Max R. Mielke, to me known to be the person whose name is subscribed to the within instrument, who stated that he is the Chairman and Labor Trustee for the Plumbers & Pipefitters U.A. Local 262 Health & Welfare Trust Fund, and as such is authorized to sign on its behalf, and acknowledged that he executed the same voluntarily and of his own will for the uses and purposes set forth herein.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written.

_Chris Ullrich_
Notary Public in and for _Juneau_
My Commission expires: _9/2013_

## CONSENT

On behalf of plaintiff, Plumbers & Pipefitters U.A. Local 262 Health & Welfare Trust Fund, Richard Behrends, Secretary and Management Trustee, hereby consents to the foregoing Settlement Agreement and Agreement Not to Execute executed by Harbor Plumbing & Heating, Inc. and James L. White, individually.

PLUMBERS & PIPEFITTERS U.A. LOCAL UNION NO. 262 HEALTH & WELFARE TRUST FUND

By: _____
Its: Secretary and Management Trustee

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

STATE OF ALASKA           )
                          ) ss.
FIRST JUDICIAL DISTRICT   )

THIS IS TO CERTIFY that on this 15 day of December, 2009, personally appeared before me Richard Behrends, to me known to be the person whose name is subscribed to the within instrument, who stated that he is the Secretary and Management Trustee for the Plumbers & Pipefitters U.A. Local 262 Health & Welfare Trust Fund, and as such is authorized to sign on its behalf, and acknowledged that he executed the same voluntarily and of his own will for the uses and purposes set forth herein.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written.

CHRIS ULLRICH
Notary Public in and for JUNEAU
My Commission expires: 9/2013

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322