IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES OF LOCAL 262 OF THE PLUMBERS AND PIPEFITTERS UNION, A.F. OF L. – C.I.O. OF SOUTHEASTERN ALASKA EMPLOYEES' SUPPLEMENTAL RETIREMENT PLAN, PLUMBERS & PIPEFITTERS U.A. LOCAL UNION 367 HEALTH & WELFARE TRUST FUND, AND PLUMBERS AND STEAMFITTERS LOCAL UNION NO. 262 APPRENTICESHIP AND JOURNEYMAN TRAINING TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>HARBOR PLUMBING & HEATING COMPANY, INC. and JAMES L. WHITE, individually,<br><br>Defendants. | Case No. 3:12-cv-00046-SLG |

## **JUDGMENT ON CONFESSION**

**IT IS ORDERED** that judgment is entered as follows:

Plaintiff, Trustees of Local 262 of the Plumbers and Pipefitters Union, A.F. Of L. – C.I.O. of Southeastern Alaska Employees' Supplemental Retirement Plan, Plumbers & Pipefitters U.A. Local Union 367 Health & Welfare Trust Fund, and Plumbers and Steamfitters Local Union No. 262 Apprenticeship and Journeyman Training Trust Fund, shall recover from and have judgment against Defendants Harbor Plumbing & Heating Company, Inc., and James L. White, individually, jointly and severally, as follows:

| | | | |
|---|---|---|---|
| a. | Liquidated damages for unpaid employee benefit contributions from February 2007 through June 2009 | $ | 55,549.82 |
| b. | Interest incurred on delinquent benefit contributions from February 2007 through June 2009 | $ | 8,604.61 |
| c. | Attorney's Fees and Costs incurred through October 31, 2009 | $ | 27,527.28 |
| d. | Subtotal | $ | 91,681.71 |
| e. | Interest at 18% accrued from 12/31/09 – 8/01/12 | $ | 30,044.23 |
| f. | Additional interest from 8/01/12 to 8/24/12 | $ | 452.40 |
| g. | Less payments made from 12/30/08 - 8/01/12 | $ | -83,500.00 |
| **h.** | **TOTAL JUDGMENT** | **$** | **38,678.34** |
| i. | Post-judgment interest rate (continues to accrue from 8/24/12 until paid in full) | | 18% |

LET EXECUTION ISSUE FORTHWITH.


DATED: August 24, 2012        */s/ Sharon L. Gleason*
                              U.S. DISTRICT COURT JUDGE

3:12-cv-00046-SLG, *Trustees of Local 262 et al. v. Harbor Plumbing & Heating Co. et al.*
Judgment on Confession
Page 2 of 2

Case 3:12-cv-00046-SLG   Document 19   Filed 08/24/12   Page 2 of 2