Sarah E. Josephson, Esq.
Jermain, Dunnagan & Owens
3000 A St., Suite 300
Anchorage, AK 99503
(907) 563-8844

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| TRUSTEES OF LOCAL 262 OF THE PLUMBERS AND PIPEFITTERS UNION, A.F. OF L. – C.I.O. OF SOUTHEASTERN ALASKA EMPLOYEES' SUPPLEMENTAL RETIREMENT PLAN, PLUMBERS & PIPEFITTERS U.A. LOCAL UNION 367 HEALTH & WELFARE TRUST FUND, AND PLUMBERS AND STEAMFITTERS LOCAL UNION NO. 262 APPRENTICESHIP AND JOURNEYMAN TRAINING TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>HARBOR PLUMBING & HEATING COMPANY, INC. and JAMES L. WHITE, individually,<br><br>Defendants. | Case No. 3:12-cv-00046-SLG |

## SATISFACTION OF JUDGMENT ON CONFESSION

On August 24, 2012, the Trustees of Local 262 of the Plumbers and Pipefitters Union, A.F. Of L. – C.I.O. of Southeastern Alaska Employees' Supplemental Retirement Plan, Plumbers & Pipefitters U.A. Local Union 367 Health & Welfare Trust Fund, and Plumbers and Steamfitters Local Union No. 262 Apprenticeship and Journeyman Training Trust Fund, as Plaintiffs, obtained judgment on confession against Defendants Harbor Plumbing & Heating Company, Inc. and James L. White, as ordered by the U.S. District Court for the District of

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Alaska, in the principal amount of $38,678.34 for liquidated damages, interest, attorney's fees and costs as a result of delinquent benefit contributions for the period of February 2007 through June 2009.

The Judgment on Confession was recorded in the Juneau Recording District on or about November 9, 2012, at 2012-007239-0. Such record is made a part hereof and reference is herein made to such record for a full and complete description of the Judgment on Confession.

The judgment has been paid to the satisfaction of the Plaintiffs. At the time of payment, Plaintiffs were the owners of the judgment and were entitled to receive payment thereof.

Therefore, in consideration of satisfactory payment of the judgment, interest, and costs, the receipt of which is hereby acknowledged, Plaintiffs, as the legal owners and holders of the judgment, acting herein by and through Sarah E. Josephson, of Jermain, Dunnagan & Owens, P.C., their duly authorized attorney of record herein, hereby declare the judgment fully paid and satisfied, and the judgment lien fully released and discharged.

JERMAIN, DUNNAGAN & OWENS, P.C.
Attorneys for Plaintiffs

Dated: February 12, 2014     By:   s/Sarah E. Josephson
                                    Sarah E. Josephson
                                    Jermain, Dunnagan & Owens
                                    3000 A Street, Suite 300
                                    Anchorage, AK 99503
                                    (907) 563-8844
                                    (907) 563-7322
                                    sjosephson@jdolaw.com
                                    ABA No. 9705017

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

*Trustees of Local 262 et al. v. Harbor Plumbing & Heating Company, Inc. et al.*     Case No. 3:12-cv-00046-SLG
SATISFACTION OF JUDGMENT ON CONFESSION                                                Page 2 of 3

Case 3:12-cv-00046-SLG   Document 20   Filed 02/12/14   Page 2 of 3

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 12th day of February, 2014, a true and correct copy of the foregoing was served by U.S. Mail, postage prepaid on the following:

James L. White
Harbor Plumbing & Heating Company, Inc.
P.O. Box 32117
Juneau, AK 99803

*And a courtesy copy was served electronically on the following:*

James Sheehan


s/Sarah E. Josephson

*Trustees of Local 262 et al. v. Harbor Plumbing & Heating Company, Inc. et al.*     Case No. 3:12-cv-00046-SLG
SATISFACTION OF JUDGMENT ON CONFESSION     Page 3 of 3

Case 3:12-cv-00046-SLG    Document 20    Filed 02/12/14    Page 3 of 3

LAW OFFICES OF
**JERMAIN DUNNAGAN & OWENS**
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322